**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-14-00310-CV**
_____

**IN THE INTEREST OF T.C. AND C.C.**

**On Appeal from the 317th District Court**
**Jefferson County, Texas**
**Trial Cause No. F-219,032**

**MEMORANDUM OPINION**

The appellant, L.F., filed a motion to dismiss this appeal. The motion is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

_____
LEANNE JOHNSON
Justice

Submitted on October 8, 2014
Opinion Delivered October 9, 2014

Before Kreger, Horton, and Johnson, JJ.